FILED
2017 Jan-23  PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TANYATTA WOODS, as the personal representative of the Estate of DEUNDREZ WOODS, | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | CASE NO. 5:14-cv-01964-KOB |
| MADISON COUNTY, ALABAMA; et al., | ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF FEWER THAN ALL PARTIES**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties to the above-styled action file this Joint Stipulation of Dismissal with Prejudice of Fewer than All Parties.  Plaintiff hereby dismisses all claims against defendants Michelle Kirk, Deondra Montgomery, Tanya Jones, Tina Adams, Demetrus Johnson, Dr. Arthur Williams, Norman Johnson, Mary Ann Jones, Maria Sanchez, and Theresa Sylvestre.  The dismissal of these defendants is with prejudice, with each party to bear his/her own costs and attorney's fees.

3/40809213.1

Respectfully submitted on this the 23rd day of January, 2017.

/s/ Henry F. Sherrod, III
Henry F. Sherrod, III
HENRY F. SHERROD, III, P.C.
119 South Court Street
Florence, AL  35631-0606
Telephone:  (256) 764-4141
Email:  hank@alcivilrights.com
*Counsel for Plaintiff Tanyatta Woods*

/s/
Harold D. Mooty, III
H. Harold Stephens
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL  35801
Telephone:  (256) 517-5100
Email:  hmooty@bradley.com
       hstephens@bradley.com
*Counsel for Defendant Arthur Williams, M.D.*

/s/ H.C. Ireland, III
H.C. Ireland, III
Christie J. Strange
PORTERFIELD HARPER MILLS MOTLOW & IRELAND
22 Inverness Center Parkway, Suite 600
Birmingham, AL  35242
Telephone:  (205) 980-5000
Email:  ireland@phm-law.com
       cjs@phm-law.com
*Counsel for Defendants Advanced Correctional
Healthcare, Inc., Norman Johnson, M.D., Janice
Robinson, Mary Ann Jones, Demetrus Johnson,
Maria Sanchez and Theresa Sylvestre*

3/40809213.1

/s/ John P. Burbach
John P. Burbach
L. Franklin Corley, IV
SIROTE & PERMUTT PC
303 Church Street, Suite 800
Huntsville, AL  35801
Telephone:  (256) 536-1711
Email:  jburbach@sirote.com
            fcorley@sirote.com
*Counsel for Defendant Madison County, Alabama*


/s/ George W. Royer, Jr.
George W. Royer, Jr.
David J. Canupp
LANIER FORD SHAVER & PAYNE PC
2101 Clinton Avenue West, Suite 102
Huntsville, AL  35805
Telephone:  (256) 535-1100
Email:  gwr@lanierford.com
            djc@lanierford.com
*Counsel for Defendant Blake Dorning*


/s/ Hugh Cannon Lawley
Hugh Cannon Lawley
T. Kelly May
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL  35223-2484
Telephone:  (205) 251-1193
Email:  cannon@huielaw.com
            kmay@huielaw.com
*Counsel for Defendant Steve Morrison*