

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TANYATTA WOODS, as the personal representative of the Estate of DEUNDREZ WOODS, <br><br>　　　　Plaintiff <br><br> v. <br><br> MADISON COUNTY, ALABAMA; et al., <br><br>　　　　Defendants. | CASE NO. 5:14-cv-01964-KOB |

## FINAL STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the remaining parties[1] to the above-styled action file this Final Stipulation of Dismissal With Prejudice. Plaintiff Tanyatta Woods, as the personal representative of the Estate of Deundrez Woods, by and through counsel, hereby stipulates to the DISMISSAL WITH PREJUDICE of the above-style action with each party to bear its own costs and attorney's fees. A proposed Order of Dismissal is attached hereto. An electronic version of the

---

[1] On January 24, 2017, the plaintiff voluntarily dismissed all claims against defendants Demetrus Johnson, Dr. Arthur Williams, Norman Johnson, Mary Ann Jones, Maria Sanchez, and Theresa Sylvestre. (Doc. 110). Michelle Kirk, Deondra Montgomery, Tanya Jones, and Tina Adams are not parties to this action and were inadvertently included in the list.

3/40813086.1

proposed Order will also be electronically submitted directly to the Court's chambers as an attachment to an e-mail.

Respectfully submitted on this the _31st_ day of January, 2017.

                              /s/ Henry F. Sherrod
                              Henry F. Sherrod, III
                              HENRY F. SHERROD, III, P.C.
                              119 South Court Street
                              Florence, AL 35631-0606
                              Telephone: (256) 764-4141
                              Email: hank@alcivilrights.com
                              *Counsel for Plaintiff Tanyatta Woods, as the personal representative of the Estate of Deundrez Woods*

_____
H.C. Ireland, III
Christie J. Strange
PORTERFIELD HARPER MILLS MOTLOW & IRELAND
22 Inverness Center Parkway, Suite 600
Birmingham, AL  35242
Telephone:  (205) 980-5000
Email:  ireland@phm-law.com
           cjs@phm-law.com
*Counsel for Defendants Advanced Correctional Healthcare, Inc., Norman Johnson, M.D., Janice Robinson, Mary Ann Jones, Demetrus Johnson, Maria Sanchez and Theresa Sylvestre*

/s/ J. A. [signature]

John P. Burbach
L. Franklin Corley, IV
SIROTE & PERMUTT PC
303 Church Street, Suite 800
Huntsville, AL  35801
Telephone:  (256) 536-1711
Email:  jburbach@sirote.com
        fcorley@sirote.com
*Counsel for Defendant Madison County, Alabama*



George W. Royer, Jr.
David J. Canupp
LANIER FORD SHAVER & PAYNE PC
2101 Clinton Avenue West, Suite 102
Huntsville, AL 35805
Telephone: (256) 535-1100
Email: gwr@lanierford.com
　　　djc@lanierford.com
*Counsel for Defendant Blake Dorning*

_/s/ T. Kelly May_
_____
Hugh Cannon Lawley
T. Kelly May
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL  35223-2484
Telephone:  (205) 251-1193
Email:  cannon@huielaw.com
            kmay@huielaw.com
*Counsel for Defendant the Estate of Steve Morrison*