FILED
2017 Jan-31 PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TANYATTA WOODS, as the personal representative of the Estate of DEUNDREZ WOODS,<br><br>    Plaintiff<br><br>v.<br><br>MADISON COUNTY, ALABAMA; et al.,<br><br>    Defendants. | CASE NO. 5:14-cv-01964-KOB |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to the above-styled matter having signed and filed with the Court a Stipulation of Dismissal with Prejudice, it is hereby ORDERED, ADJUDGED and DECREED that the same be and hereby is DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

DONE and ORDERED this ____ day of January, 2017.

_____
United States District Judge

3/40813088.1