# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TANYATTA WOODS as personal representative of the Estate of Deundrez Woods,** | ]<br>]<br>]<br>] |
| **Plaintiff,** | ]   5:14-cv-1964-KOB |
| v. | ]<br>] |
| **MADISON COUNTY, ALABAMA,** et al., | ]<br>] |
| **Defendants.** | |

## ORDER OF DISMISSAL

This matter is before the court on the "Final Stipulation of Dismissal With Prejudice." (Doc. 111). The court DISMISSES this action WITH PREJUDICE, with each party to bear her or its own costs.

DONE and ORDERED this 2nd day of February, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE